IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNSELOR FERNDON;<br>COUNSELOR ROBERTS;<br>WARDEN,<br><br>    Defendants. | No. C 16-2744 WHA (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff is a California prisoner incarcerated at the California Men's Colony ("CMC") filed this pro se civil action against CMC officials for violating his rights at CMC. CMC is located in San Luis Obispo County, which is in the venue of the United States District Court for the Central District of California. Venue for civil rights claims concerning the conditions of his confinement at Atascadero is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: June __6__, 2016.

                                          WILLIAM ALSUP<br>
                                          UNITED STATES DISTRICT JUDGE